UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KATHLEEN HERMAN,
     Plaintiff,

v.

THE MR. COOPER GROUP INC., doing
business as Nationstar Mortgage,
     Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 8952 (VB)

   Plaintiff, who is proceeding pro se, commenced the instant action on October 20, 2022. (Doc. #1).

   On October 21, 2022, the Clerk issued a summons as to defendant. (Doc. #2). On December 20, 2022, plaintiff docketed proof of service on defendant on December 14, 2022. (Doc. #14). Accordingly, defendant had until January 4, 2023, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

   To date, defendant has not answered, moved, or otherwise responded to the complaint.

   On January 12, 2023, plaintiff filed an affidavit in support of a request for a certificate of default. (Doc. #6). However, plaintiff's submission fails to comply with Rule 16.1 of the Southern District of New York Case Filing Rules and Instructions, which requires a party seeking a clerk's certificate of default to file a proposed clerk's certificate of default.

   Accordingly, by **February 20, 2023**, provided defendant has not answered, moved, or otherwise responded to the complaint, plaintiff is ORDERED to seek a certificate of default in compliance with Rule 16.1. Thereafter, by **March 20, 2023**, plaintiff shall file a motion for default judgment against defendant. Should plaintiff require procedural advice on moving for a default judgment, she should contact the Court's Pro Se Intake Unit, available by mail at 40 Foley Square, Room 105, New York, New York 10007, and by phone at (212) 805-0175.

1

Chambers will mail a copy of this Order and the form Clerk's Certificate of Default to plaintiff at the address on the docket.

Dated: January 13, 2023
       White Plains, NY

SO ORDERED:

_[signature]_

Vincent L. Briccetti
United States District Judge