Copies Mailed/Faxed 2/21/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KATHLEEN HERMAN,
                Plaintiff,

v.                                                                          **ORDER**

THE MR. COOPER GROUP INC., doing            22 CV 8952 (VB)
business as Nationstar Mortgage,
                Defendant.
--------------------------------------------------------------x

       On February 20, 2023, defendant moved to dismiss the complaint for improper venue under Federal Rule of Civil Procedure 12(b)(3) and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  (Doc. #9).

       Accordingly, it is hereby ORDERED that:

1.     Plaintiff's opposition to defendant's motion to dismiss is due **March 14, 2023**.  The Court will mail plaintiff a copy of the Motions Guide for Pro Se Litigants, which describes the procedure for a motion to dismiss.  Plaintiff is expected to review the Motions Guide and follow the instructions therein.

2.     Defendant's reply, if any, is due **March 21, 2023**.

       Chambers will mail a copy of this Order, as well as a copy of the Motions Guide, to plaintiff at the address on the docket.

Dated: February 21, 2023
       White Plains, NY

                               SO ORDERED:

                               _____
                               Vincent L. Briccetti
                               United States District Judge