UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHLEEN HERMAN and
JEFFREY GHIAZZA,

      Plaintiffs,

v.                                 Case No.:  2:23-cv-948-JES-KCD

THE MR. COOPER GROUP INC.,

      Defendant.

_____/

## ORDER

Before the Court is Plaintiffs' Motion to Compel, For Sanctions, and For Default Judgment. (Doc. 80.) The Court **denies** the motion without prejudice for failure to comply with Local Rule 3.01(g). The Court cannot overstate the importance of Local Rule 3.01(g) in helping avoid needless litigation, fostering communication between the parties, and helping to resolve disputes without court intervention. For any future motions, Plaintiffs must confer with opposing counsel and denote their position with respect to the relief sought. Any renewed motion must indicate in its Rule 3.01(g) certification the manner of conferral and any agreements reached.

**ORDERED** in Fort Myers, Florida on June 3, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record