UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KATHLEEN HERMAN,

    Plaintiff,

v.                      Case No:  2:23-cv-948-JES-KCD

THE MR. COOPER GROUP INC.,

    Defendant.

**ORDER**

On February 3, 2025, the Court entered an Order to Show Cause (Doc. #97) directing plaintiff to advise why the case should not be dismissed for failure to prosecute. Plaintiff was on notice that the failure to respond would result in the dismissal of the case without further notice.

Accordingly, it is now

**ORDERED**:

The case is **dismissed without prejudice** for failure to prosecute. The Clerk shall enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of February 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record